**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff(s):** Reliance Hospitality LLC, d/b/a Reliance Hotel Group

**Defendant(s):** 2930 Waterfront Parkway IN, LLC d/b/a Waterfront Hotel & Conference Center ; Crown South Hill Owners LLC, d/b/a Crowne Plaza Pittsburgh South ; 500 Mansfield Avenue Owner LLC, d/b/a Doubletree by Hilton Pittsburgh-Green Tree ; 101 Mall Boulevard Owner LLC, d/b/a Doubletree by Hilton Pittsburgh-Monroeville Convention Center ; 383 South Center Street, Windsor Locks, LLC d/b/a Ramada by Wyndham Windsor Locks

County of Residence: Maricopa

County of Residence: Outside the State of Arizona

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

Defendant's Atty(s):

**Lindsay G. Leavitt , Attorney**
**Jennings, Strouss & Salmon, P.L.C.**
**One East Washington Street, Suite 1900**
**Phoenix, Arizona  85004**
**(602) 262-5911**

**Haley A. Harrigan , Attorney**
**Jennings Strouss & Salmon**
**One East Washington Street, Suite 1900**
**Phoenix, Arizona  85004**
**(602) 262-5911**

**Dina G. Aouad , Attorney**
**Jennings Strouss & Salmon**
**One East Washington Street, Suite 1900**
**Phoenix, Arizona  85004**
**(602) 262-5911**

---

II. Basis of Jurisdiction:          **4. Diversity (complete item III)**

III. Citizenship of Principal Parties
**(Diversity Cases Only)**

Plaintiff:**- 4 AZ corp or Principal place of Bus. in AZ**

Defendant:- **2 Citizen of Another State**

IV. Origin :                  **1. Original Proceeding**

V. Nature of Suit:              **190 Other Contract**

VI.Cause of Action:          **28 U.S.C. 1332. Defendants breached hotel management agreements with Plaintiff.**

VII. Requested in Complaint

                       Class Action: **No**
             Dollar Demand: **$750,000+**
                  Jury Demand: **No**

VIII. This case **is not related** to another case.

---

**Signature:**   s/Lindsay G. Leavitt

     **Date:**   02/03/2023

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014