# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Reliance Hospitality LLC,

Plaintiff,

v.

2930 Waterfront Parkway IN LLC, et al.,

Defendants.

NO. CV-23-00229-PHX-DJH

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed February 25, 2026, which granted Plaintiff's Motion for Summary Judgment, judgment is entered as such:

- judgment in favor of Plaintiff in the amount of $108,898.06 against Defendant 2930 Waterfront Parkway IN, LLC;

- judgment in favor of Plaintiff in the amount of $20,888.98 against Defendant Crown South Hill Owners, LLC;

- judgment in favor of Plaintiff in the amount of $49,563.06 against Defendant 500 Mansfield Avenue Owner, LLC;

- judgment in favor of Plaintiff in the amount of $246,103.16 against Defendant 101 Mall Boulevard Owner, LLC; and

- judgment in favor of Plaintiff in the amount of $117,360.74 against Defendant 383 South Center St. Windsor Locks, LLC

Plaintiff is awarded post-judgment interest at the applicable federal rate pursuant to 28 U.S.C. 1961(a) and the case is closed.

Debra D. Lucas
District Court Executive/Clerk of Court

February 25, 2026

s/ D. Draper
By　Deputy Clerk

- 2 -