FILED _____ LODGED
RECEIVED _____ COPY

JUN 1 5 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

2930 Waterfront Parkway IN LLC

2930 West Dr
Indianapolis, IN 46214

(Doc 76,77)

---

U.S. DISTRICT COURT CLERK'S OFFICE
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON STREET, SPC 1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

quadient
FIRST-CLASS MAIL
$002.72

US POSTAGE

RECEIVED

JUN 1 5 2026

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA



TO:

-R-T-s-  462142039-1N    06/09/26

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER